# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1404

_____

United States of America,

        Appellee,

v.

Mario Borunda-Calahorra,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Arkansas
\*
\*       [UNPUBLISHED]
\*

_____

Submitted: September 7, 2005
Filed: November 3, 2005

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Mario Borunda-Calahorra appeals from the final judgment entered in the District Court[1] for the Western District of Arkansas upon his plea of guilty to illegal re-entry after deportation following conviction for an aggravated felony in violation of 8 U.S.C. § 1326(a), (b)(2). The district court sentenced Borunda-Calahorra to 33 months in prison. For reversal, Borunda-Calahorra argues based on United States v. Booker, 125 S. Ct. 738 (2005), that the district court violated the Sixth Amendment in finding that his prior conviction warranted a 12-level increase in his offense level.

_____

[1] The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

We have already rejected a similar argument, <u>see</u> <u>United States v. Torres-Alvarado</u>, 416 F.3d 808 (8th Cir. 2005), and we conclude there was no <u>Booker</u> error because the district court calculated the sentencing range properly and treated the Sentencing Guidelines as advisory, <u>see</u> <u>United States v. Salter</u>, No. 04-3137, 2005 WL 1875709, at *1 (8th Cir. Aug. 10, 2005).  Accordingly, we affirm.

_____